**Annie H. WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 04–3153.

United States Court of Appeals, Federal Circuit.

March 17, 2004.

Annie H. Williams, of Counsel, Washington, DC, pro se.

Andrew P. Averbach, Principal Attorney, James M. Kinsella, David M. Cohen, of Counsel, Washington, DC, for Respondent.

*ORDER*

Upon consideration of Annie H. Williams's motion to dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.